USCA1 Opinion

 

 October 14, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1800 VICTOR G. FIELDS, ETC., Plaintiff, Appellant, v. GEORGE L. WAINWRIGHT, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Richard G. Stearns, U.S. District Judge] ____________________ Before Cyr, Circuit Judge, _____________ Bownes, Senior Circuit Judge, and ____________________ Stahl, Circuit Judge. _____________ ____________________ Victor G. Fields on brief pro se. ________________ Stephen Reed Wainwright on Memorandum in Support of Dismissal for _______________________ appellee. ____________________ ____________________ Per Curiam. After carefully reviewing the record __________ and the submissions of the parties, we summarily affirm the judgment of the district court for essentially the reasons set forth in its Memorandum and Order of Dismissal dated June 30, 1994. See Local Rule 27.1. ___